UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                            Plaintiff,<br><br>          -against-<br><br>STEWART BUXBAUM,<br><br>                            Defendant. | 25-cv-00611(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 22, 2025, order, Plaintiff's complaint is dismissed as duplicative of the action under docket number 25-CV-0457.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 27, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge